B250A - LF 7004  (12/09)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

**In re** Eric Ross Young & Susan Linette Young  )
                  )
           **Debtor** )

Ted & Linda Cole          )
                  )
          **Plaintiff**)

Eric Ross Young & Susan Linette Young  )
                  )
         **Defendant**)

**Bankruptcy Case No.** 25-01029-FPC7

**Adversary Proceeding No.** 25-80038-FPC

**CERTIFICATE OF SERVICE**

 **I,** ___Matthew A. Mensik_____ **(name), certify that service of this summons and a copy of the complaint was made** __9/17/25_____ **(date), by:**

[✓] **Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:**
  Eric Ross Young & Susan Linette Young (First class, priority with tracking)
  12402 N Division St. #167, Spokane, WA 99218 & 24 Sapphire Ln, Spokane, WA 99208

[ ] **Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:**

[ ] **Residence Service: By leaving the process with the following adult at:**

[ ] **Certified Mail Service on an Insured Depository Institution: by sending the process by certified mail addressed to the following office of the defendant at:**

[ ] **Publication: The defendant was served as follows: [Describe briefly]**

[ ] **State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]**

**If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.**

**Under penalty of perjury, I declare that the foregoing is true and correct.**

9/17/25
_____
**DATE**

s/ Matthew A. Mensik
_____
**SIGNATURE**

**Print Name:**  Matthew A. Mensik, WSBA # 44260

**Business Address:** Riverside NW Law Group, PLLC
        905 W Riverside Ave, Suite 208
        Spokane, WA 99201