Form: ntcdbpfm
Rev: 11/1/2022



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re:

**Eric Ross Young**
(Debtor)

**Susan Linette Young**
(Joint Debtor)

Case Number: **25–01029–FPC7**

NOTICE TO DEBTOR(S) REGARDING PERSONAL FINANCIAL MANAGEMENT COURSE

To:
Debtor(s)
Attorney for Debtor(s)

Each debtor seeking a discharge must complete, after filing a petition, an instructional course concerning personal financial management, and file with the court a certificate of completion. In a Chapter 7 case, the certificate of completion must be filed by the debtor within 60 days after the first date set for the meeting of creditors.

A list of the approved providers of the personal financial management course is located on the court's website at www.waeb.uscourts.gov, under Bankruptcy Resources.

The requirements regarding the instructional course concerning personal financial management, as well as exceptions to the requirement, are set out in Title 11, § 727(a)(11), of the United States Bankruptcy Code, and in the Federal Rules of Bankruptcy Procedure 1007(b)(7) and (c).

Date: June 9, 2025

Brian M. Sheehan
CLERK OF COURT