**So Ordered.**

**Dated: July 11th, 2025**



_Frederick P. Corbit_
**Frederick P. Corbit**
**Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ERIC ROSS YOUNG and SUSAN LINETTE YOUNG,<br><br>              Debtors. | Case No. 25-01029<br><br>**ORDER CONTINUING AUTOMATIC STAY AND SCHEDULING ORDER** |

THIS MATTER came before the Court on the Debtors' Motion to Extend the Automatic Stay. (ECF No. 13) The Court held a hearing on July 8, 2025, and attending the hearing were pro se Debtors Eric and Susan Young; Matthew Mensik, attorney for creditors Ted and Linda Coles ("Coles creditors"); and Linda Cole, creditor. The court reviewed the files and records herein, heard argument of the parties, and was fully advised in the premises. The parties agreed to the following dates and deadlines.

IT IS ORDERED:

1. The Motion to Continue the Automatic Stay (ECF No. 13) is **<u>GRANTED;</u>**

2. If the Coles creditors file an 11 U.S.C. §523 non-dischargeability action within three weeks from the date of the hearing (on or before _Tuesday, July 29, 2025_), this matter will be set for trial on **September 11, 2025, at 9:00 a.m.** in open court, West 904 Riverside, Post Office Building, Third Floor, Spokane, Washington;

**ORDER CONTINUING STAY AND SETTING DATES**– Page 1

3. If an 11 U.S.C. §523 non-dischargeability action is filed on or before July 29, 2025, the Debtors will accept service via email. The following dates will govern the Coles creditors' action, if filed:

   a. Any Coles creditors' dispositive motions must be filed no later than five weeks prior to the trial or by close of business on August 7, 2025;

   b. The Coles creditors' trial brief, together with witness and exhibit lists, must be filed five weeks prior to trial or by the close of business on August 7, 2025;

   c. Debtors' trial brief, together with witness and exhibit lists, must be filed by no later than three weeks prior to trial, or by close of business on August 21, 2025;

   d. Debtors' response to Coles creditors' dispositive motions must be filed by no later than three weeks prior to trial, or by close of business on August 21, 2025;

   e. Any Debtors' dispositive motions must be filed by by no later than three weeks prior to trial, or by close of business on August 21, 2025;

   f. The Coles creditors' reply trial brief shall be filed by no later than one week prior to trial, or by close of business on September 4, 2025;

4. If an 11 U.S.C. §523 non-dischargeability action is filed by the Coles creditors more than three weeks from the hearing date, or after July 29, 2025, but is still filed timely, the September 11, 2025 trial date will be stricken and a status conference will be scheduled; and

5. The parties may not access the recreational vehicle except as provided by this Order or a subsequent order from this Court. The RV will remain at the current storage location at Secured Storage, and remain locked and the two Debtors may only access the vehicle to retrieve personal clothing or conduct routine maintenance.

**ORDER CONTINUING STAY AND SETTING DATES**– Page 2

///End of Order///

**ORDER CONTINUING STAY AND SETTING DATES**– Page 3