# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0980–2 | User: notice | Date Created: 7/11/2025 |
| Case: 25–01029–FPC7 | Form ID: pdf002 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
aty     Matthew A. Mensik     mam@riverside–law.com

                                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Eric Ross Young     12402 N Division St #167     Spokane, WA 99218
jdb     Susan Linette Young     12402 N Division St #167     Spokane, WA 99218
ptcrd     Ted & Linda Cole     C/O Riverside NW Law Group PLLC     905 W Riverside Ave     Suite 208     Spokane, WA 99201 UNITED STATES

                                       TOTAL: 3