DAVID PETTEYS (SBN 33157)
dpetteys@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 207
Mercer Island, WA 98040
Telephone: (206) 707-9610

**Mailing Address:**
3333 Camino del Rio South Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Movant ARIVO ACCEPTANCE LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| | |
|---|---|
| In re<br><br>ERIC ROSS YOUNG and SUSAN LINETTE YOUNG,<br><br>Debtor(s). | Case No. 25-01029-FPC7<br><br>Chapter 7<br><br>NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY |

TO: ERIC ROSS YOUNG and SUSAN LINETTE YOUNG, the Debtors (pro se);

AND TO: JOHN D MUNDING, Chapter 7 Trustee;

AND TO: ALL PARTIES IN INTEREST.

You and each of you should hereby take note that Arivo Acceptance LLC, Movant in the above-captioned matter, has petitioned the court for an order terminating the automatic stay against certain real property of the estate so that Arivo Acceptance LLC may enforce its remedies to repossess upon and obtain possession of the Collateral in accordance with applicable non-bankruptcy law.

The motion relates to the following property in the possession of the bankruptcy estate: 2016 GMC Yukon. The collateral has a fair purchase price value of approximately $22,715.00. The encumbrances on the collateral are as follows: $41,065.49.

- 1 -

1    Movant further seeks a waiver of the fourteen-day "Stay of Order" provided by
2 Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure.
3    Any party objecting to the motion must file a written objection stating the grounds for the
4 objection. Any objection, to be effective, must be filed with the court not later than 17 days from the
5 service of this Notice, by sending the same to Ms. Beverly Benka, Clerk of the Court, U.S.
6 Bankruptcy Court, Eastern District of Washington, P.O. Box 2164, Spokane, Washington 99210, and
7 to David Petteys of Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA
8 92108, as attorney for Movant. The date of service of this Notice is specified below and in the Proof
9 of Service which accompanies this Notice.
10    All persons should note that their failure to file an objection will result in the court entering
11 an order as stated above.
12 Dated: August 11, 2025.                    ALDRIDGE PITE, LLP

/s/ *David Petteys*
DAVID PETTEYS, WSBA #33157
Attorneys for Movant ARIVO ACCEPTANCE LLC

–2–