| | |
|---|---|
| 1 | DAVID PETTEYS (SBN 33157)<br>dpetteys@aldridgepite.com |
| 2 | **ALDRIDGE PITE, LLP**<br>The Ogden Building |
| 3 | 9311 SE 36th St, Ste 207<br>Mercer Island, WA 98040 |
| 4 | Telephone: (425) 644-6471<br>Facsimile: (619) 590-1385 |
| 5 | |
| 6 | **MAILING ADDRESS**:<br>3333 Camino del Rio South |
| 7 | Suite 225<br>San Diego CA 92108 |
| 8 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 9 | Attorneys for *Movant*<br>ARIVO ACCEPTANCE LLC |

### UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| | |
|---|---|
| In re<br><br>ERIC ROSS YOUNG and SUSAN LINETTE YOUNG,<br><br>Debtors. | Case No. 25-01029-FPC7<br><br>Chapter 7<br><br>**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>**Hearing**:<br>Date:<br>Time:<br>Ctrm: |

I, Jade Stalnaker, declare:

1. I am over 18 years of age and am employed as a Bankruptcy Specialist for Arivo Acceptance LLC ("Movant"). In such capacity, I am authorized to make this declaration regarding the loan described below (the "Loan"). If called to testify in this matter, I would testify under oath as to the following:

2. I am presently employed as a Bankruptcy Specialist for Movant. In this position, I have access to Movant's business records and my responsibilities include, among other things, ascertaining and verifying amounts due and payable as to delinquent bankruptcy accounts.

- 1 -
CASE NO. 25-01029-FPC7
**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

3. The facts stated in this declaration are based upon information that I obtained in reviewing records maintained in the ordinary course of Movant's business, as part of regularly conducted business activity, by or from information transmitted by persons with knowledge of the events described therein, at or near the time of the event described.

4. According to Movant's books and records, on or about September 30, 2022, Eric Young ("Borrower") entered into a Retail Installment Sale Contract – Simple Finance Charge (the "Contract") with BMW of Spokane ("Seller") for the purchase of a 2016 GMC Yukon, VIN No. 1GKS2CKJXGR277632 (the "Vehicle"). A copy of the Contract is attached hereto as **Exhibit A** and incorporated herein by reference.

5. The original amount financed under the Contract was $45,123.93, which Borrower agreed to repay in seventy-two (72) consecutive monthly payments in the amount of $954.22 each, commencing November 14, 2022. *See* **Exhibit A**.

6. Seller assigned and transferred the contract to Movant.

7. Pursuant to the Contract, Borrower granted Movant a security interest in the Vehicle. *See* **Exhibit A**. Movant perfected its security interest in the Vehicle as evidenced by a Certificate of Title on record with the State of Washington. A copy of the Certificate of Title is attached hereto as **Exhibit B** and incorporated herein by reference.

8. Debtors are in default of their obligations under the Contract for failure to make payments due and owing to Movant as of March 12, 2025. The total amount of the default as of June 24, 2025 is as follows:

| DESCRIPTION | | AMOUNT | TOTAL |
|---|---|---|---|
| 1 Payment | 3/12/2025 - 3/12/2025 | $858.22 | $858.22 |
| 3 Payments | 4/12/2025 - 6/12/2025 | $954.22 | $2,862.66 |
| | | *Less Suspense*: | ($0.00) |
| | | **Total Default (as of June 24, 2025):** | **$3,720.88** |

9. An additional payment will come due on July 1, 2025, and on the 1st day of each month thereafter until the Contract is paid in full.

10. Debtors are in default under the Contract for failure to maintain insurance for the

1  Vehicle.

2  11.   As of June 24, 2025, the outstanding amount owed under the Contract is the
3  approximate sum of $41,065.49.

4  12.   According to the Kelley Blue Book, the clean retail value of the Vehicle is
5  $22,715.00 as of June 23, 2025. A copy of the Kelley Blue Book is attached as hereto as **Exhibit
6  C** and incorporated herein by reference.

7  I declare under penalty of perjury that the foregoing is true and correct. Executed this
8  22 day of July, 2025, at Salt Lake City UT.

_____
Signature of Declarant

Jade Stalnaker
_____
Print Name of Declarant