## DDI Technology
## Premier eTitleLien®

# Electronic Title Copy

| Vehicle ID Number | Year | Make | Model | Body Style | Lic Plate | Reg Exp |
|---|---|---|---|---|---|---|
| 1GKS2CKJXGR277632 | 2016 | GMC | YUK | UT | ███ | |

| Weight | New/Used | Title Number | Odometer | State | Date Issued |
|---|---|---|---|---|---|
| | | ███ | | WA | 11-02-2022 |

Vehicle Color

Full Name of Owner(s)
YOUNG, ERIC
8507 N SYLVIA ST
SPOKANE, WA 992087810

Liens(s)
[Arivo Acceptance
PO Box 708310
Sandy, UT 84070]*

Lien Date:
ELT Number: AAL
LTN: ███

\* Information has been supplied by the lienholder, not the state titling agency.

Document ID: ███

**THIS IS NOT A TITLE**
This is an official Premier eTitleLien® Report
generated by a customer of DDI Technology.



DDI Technology

**EXHIBIT B**