





Report Date: 06/23/2025

## 2016 GMC Yukon Denali Sport Utility 4D

| | Values | Valuation Ranges |
|---|---|---|
| **MSRP When New** | **$69,770** | |
| **Typical Listing Price (CPO)** | **NA** | |
| **Fair Purchase Price (CPO)** | **NA** | **NA - NA** |
| **Typical Listing Price** | **$23,615** | |
| **Fair Purchase Price** | **$22,715** | **$21,564 - $23,865** |
| **Lending Value** | **$21,326** | |
| **Private Party** | | |
| Excellent | $22,369 | $20,309 - $24,428 |
| Very Good | $20,968 | $19,040 - $22,895 |
| Good | **$19,838** | $18,016 - $21,659 |
| Fair | $18,453 | $16,761 - $20,144 |
| **Auction** | | |
| Excellent | $21,495 | |
| Very Good | $20,147 | |
| Good | **$19,059** | |
| Fair | $17,725 | |
| **Trade-In** | | |
| Excellent | $20,308 | $18,437 - $22,178 |
| Very Good | $18,960 | $17,215 - $20,704 |
| Good | **$17,872** | **$16,229 - $19,514** |
| Fair | $16,538 | $15,020 - $18,055 |
| **Notes:** | | |

©2025 Kelley Blue Book® Co., Inc. All rights reserved. 06/23/2025 Edition for 99218. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book® assumes no responsibility for errors or omissions.





EXHIBIT C




**Used Vehicle Report**

Report Date: 06/23/2025

## 2016 GMC Yukon Denali Sport Utility 4D

Value as of: 06/23/2025
VIN: 1GKS2CKJXGR277632
Zip Code: 99218
Condition: Good
Mileage: 109,774
Color:

### Vehicle Details

Year: 2016
make: GMC
Model: Yukon
Trim: Denali Sport Utility 4D

Engine: V8, EcoTec3, 6.2 Liter
Trans: Automatic, 8-Spd
Drivetrain: 4WD

### Optional Equipment

Hill Start Assist Control, Traction Control, StabiliTrak, ABS (4-Wheel), Anti-Theft System, Keyless Entry, Keyless Start, Air Conditioning, Air Conditioning, Rear, Power Windows, Power Door Locks, Cruise Control, Power Liftgate Release, Power Steering, Tilt & Telescoping Wheel, AM/FM/HD Radio, CD/MP3 (Single Disc), Bose Surround Sound, SiriusXM Satellite, Navigation System, Bluetooth Wireless, OnStar, Park Assist, Parking Sensors, Backup Camera, Dual Air Bags, Side Air Bags, F&R Head Curtain Air Bags, Heated Seats, Cooled Seats, Dual Power Seats, Leather, Quad Seating (4 Buckets), HID Headlamps, Daytime Running Lights, Fog Lights, Running Boards, Roof Rack, Towing Pkg, Oversized Premium Wheels 20"+

©2025 Kelley Blue Book® Co., Inc. All rights reserved. 06/23/2025 Edition for 99218. The specific information required to determine the value for this particular vehicle was supplied by the person generating this report. Vehicle valuations are opinions and may vary from vehicle to vehicle. Actual valuations will vary based upon market conditions, specifications, vehicle condition or other particular circumstances pertinent to this particular vehicle or the transaction or the parties to the transaction. This report is intended for the individual use of the person generating this report only and shall not be sold or transmitted to another party. Kelley Blue Book® assumes no responsibility for errors or omissions.



EXHIBIT C