David Petteys (SBN 33157)
dpetteys@aldridgepite.com
**ALDRIDGE PITE, LLP**
The Ogden Building
9311 SE 36th St, Ste 207
Mercer Island, WA 98040
Telephone: (425) 644-6471
Facsimile: (619) 590-1385

<u>Mailing Address</u>:
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| | |
|---|---|
| In re<br><br>ERIC ROSS YOUNG and SUSAN LINETTE YOUNG,<br><br>Debtors. | Case No. 25-01029-FPC7<br><br>Chapter 7<br><br>**PROOF OF SERVICE** |

I, Karla Rodriguez, declare that:

I am employed by Aldridge Pite, LLP. My business address is 3333 Camino del Rio South, Suite 225, San Diego, CA 92108. I am over the age of eighteen years and not a party to this cause.

On August 11, 2025, I caused the following documents:

- **Notice of Hearing on Motion for Relief from Automatic Stay;**
- **Motion for Relief from Automatic Stay;**
- **Declaration in Support of Motion for Relief from Automatic Stay; and**
- **[Proposed] Order Granting Motion for Relief from Automatic Stay**

to be served in said cause by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or via electronic means as follows:

PROOF OF SERVICE

Page 1

**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

25-01029-FPC7   Doc 25   Filed 08/11/25   Entered 08/11/25 14:51:28   Pg 1 of 2

**DEBTORS**
Eric Ross Young
12402 N Division St #167
Spokane, WA 99218
(Via U.S. Mail)

Susan Linette Young
12402 N Division St #167
Spokane, WA 99218
(Via U.S. Mail)

**TRUSTEE**
John D Munding
John@mundinglaw.com
(Via Email)

**U.S. TRUSTEE**
U.S. Trustee
USTP.REGION18.SP.ECF@usdoj.gov
(Via Email)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 11, 2025

/s/ *Karla Rodriguez*
Karla Rodriguez

**PROOF OF SERVICE**

Page 2

**ALDRIDGE PITE, LLP**
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

25-01029-FPC7    Doc 25    Filed 08/11/25    Entered 08/11/25 14:51:28    Pg 2 of 2