United States Bankruptcy Court
Eastern District of Washington

In re:                                                        Case No. 25-01029-FPC
Eric Ross Young                                Chapter 7
Susan Linette Young
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0980-2                            User: admin                           Page 1 of 2
Date Rcvd: Sep 03, 2025                    Form ID: ntcadi02                    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol       Definition**
\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| jdb | + Susan Linette Young, 12402 N Division St #167, Spokane, WA 99218-1930 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: eyoung-encrypt@pm.me | Sep 04 2025 00:10:00 | Eric Ross Young, 12402 N Division St #167, Spokane, WA 99218-1930 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2025                        Signature:             /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Andrew Petteys | on behalf of Creditor Arivo Acceptance LLC ecfwaeb@aldridgepite.com dpetteys@ecf.courtdrive.com |
| John D Munding | John@mundinglaw.com WA28@ecfcbis.com;mmstedman@msn.com;karenchpt7@gmail.com |
| Matthew A. Mensik | on behalf of Petitioning Creditor Ted & Linda Cole mam@riverside-law.com mariannb@witherspoonkelley.com;lennier@witherspoonkelley.com;rim@witherspoonkelley.com;fjd@witherspoonkelley.com;ka |

rinah@witherspoonkelley.com

US Trustee

USTP.REGION18.SP.ECF@usdoj.gov

TOTAL: 4



# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

Form: ntcadi02
Rev: 1/7/2025

In re:

**Eric Ross Young**
(Debtor)

**Susan Linette Young**
(Joint Debtor)

Case Number: **25–01029–FPC7**

**NOTICE OF FAILURE TO FILE CERTIFICATE DEMONSTRATING COMPLETION OF POSTPETITION PERSONAL FINANCIAL MANAGEMENT COURSE**

Debtor(s)
Attorney for Debtor(s)

Debtor(s) failed to file the certificate indicating completion of the required postpetition financial management course, nor has an approved provider filed a certificate of debtor education on behalf of debtor(s). Note that the requirement to complete a *postpetition* personal financial management course is in addition to the requirement to complete a *prepetition* credit counseling course.

A list of the approved providers of the personal financial management course is located on the court's website at www.waeb.uscourts.gov, under Bankruptcy Resources/Financial Management.

**This case will be closed in the normal course of case administration <u>without entry of discharge</u> to the debtor(s) not in compliance, if the required certificate (or a request for an extenstion of time) is not filed prior to the date of closure. Once the case is closed, debtor(s) must move to reopen the case and pay the associated filing fee in order to obtain a discharge.**

Date: September 3, 2025

Brian M. Sheehan
CLERK OF COURT