UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON (SPOKANE/YAKIMA)

| | |
|---|---|
| In re<br><br>SUSAN LINETTE YOUNG and ERIC ROSS YOUNG,<br><br>Debtors. | Case No. 25-01029-FPC7<br><br>Chapter 7<br><br>**ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |

This matter, having come before the court on the Motion for Relief From Automatic Stay filed by Arivo Acceptance LLC ("Movant"), and the court having reviewed all documents filed in support of and in opposition to said motion, and having heard any argument of counsel, and having reviewed the records and files herein, and otherwise being fully advised in the premises, now, therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion [ECF No. 22] is GRANTED;

2. The automatic stay of 11 United States Code section 362 is terminated as it applies to the enforcement by Movant of all of its rights in the personal property commonly known as 2016 GMC Yukon, VIN No. 1GKS2CKJXGR277632 (the "Collateral");

3. Movant may enforce its remedies to repossess upon and obtain possession of the Collateral in accordance with applicable non-bankruptcy law;

3. The 14-day stay prescribed by Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure is waived;

4. Movant is entitled to recover its reasonable attorneys' fees and costs incurred in prosecuting this motion; and

5. This order shall remain binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

///End of Order///

Presented By:

ALDRIDGE PITE, LLP

*/s/ David Petteys*
David Petteys, WSBA #33157
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Arivo Acceptance LLC

- 2 -