MATTHEW A. MENSIK, WSBA #44260
Email: mam@rnwlg.com
RIVERSIDE NW LAW GROUP, PLLC
905 W. Riverside Ave, Suite 208
Spokane, WA 99201
Telephone: (206) 949-3540

Attorneys for Creditors Ted & Linda Cole

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Eric Ross Young<br>(Debtor)<br><br>Susan Linette Young<br>(Joint Debtor) | Case No. 25-01029-FPC7<br><br>Adversary No. 25-80038-FPC<br><br>**TED & LINDA COLE'S STATEMENT REGARDING REMOVAL PURSUANT TO FRCP 9027(e)(3)** |

Ted & Linda Cole (collectively, "the Coles"), creditors of Debtors Eric Young and Susan Young ("Debtors"), provide the following statement pursuant to FRCP 9027(e)(3) regarding the Debtor's Notice of Removal, ECF 29:

The Coles <u>do not</u> consent to the bankruptcy court's entry of a final order or judgment. The case the Debtors seek to remove, *Cole v Young*, Spokane County

TED & LINDA COLE'S STATEMENT REGARDING
REMOVAL PURSUANT TO FRCP 9027(E)(3) - 1

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

25-01029-FPC7    Doc 41    Filed 09/22/25    Entered 09/22/25 14:26:08    Pg 1 of 3

1  Superior Court, Case No. 23-2-04734-32 ("State Court Case"), was already tried
2  before Honorable Judge High-Edward on January 13-16, 2025.  Following trial,
3  Judge High-Edwards found that the Debtors converted over $362,000 of the Coles'
4  monies.

The Coles will be filing a motion for remand.

Dated September 22, 2025            RIVERSIDE NW LAW GROUP, PLLC

BY: /s/ Matthew S. Mensik
Mathew A. Mensik, WSBA 44260
905 W. Riverside Ave. Ste. 208
Spokane, WA 99201
Telephone: (206) 949-3540
Email: mam@rnwlg.com

TED & LINDA COLE'S STATEMENT REGARDING
REMOVAL PURSUANT TO FRCP 9027(E)(3) - 2

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

25-01029-FPC7   Doc 41   Filed 09/22/25   Entered 09/22/25 14:26:08   Pg 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following individuals. Further, a copy of the foregoing was also mailed and emailed to the following individuals.

*Via CM/ECF and first class mail:*
Eric and Susanann Young
12402 N. Division St #167
Spokane, WA 99218
*Pro Se Defendants*

*And via email:*
eyoung-encrypt@pm.me
jaegersmum@proton.me

Dated this 22nd day of September, 2025.

*Matthew Mensik*
———————————————
Matthew A. Mensik

TED & LINDA COLE'S STATEMENT REGARDING REMOVAL PURSUANT TO FRCP 9027(E)(3) - 3

Riverside NW Law Group, PLLC
905 W. Riverside Ave., Ste 208
Spokane, WA 99201
(509) 606-0746 | rnwlg.com

25-01029-FPC7    Doc 41    Filed 09/22/25    Entered 09/22/25 14:26:08    Pg 3 of 3