United States Bankruptcy Court
Eastern District of Washington

In re:  Case No. 25-01029-FPC
Eric Ross Young  Chapter 7
Susan Linette Young
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0980-2    User: admin    Page 1 of 2
Date Rcvd: Sep 22, 2025    Form ID: 318    Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Susan Linette Young, 12402 N Division St #167, Spokane, WA 99218-1930 |
| ptcrd | + | Ted & Linda Cole, C/O Riverside NW Law Group PLLC, 905 W Riverside Ave, Suite 208, Spokane, WA 99201 UNITED STATES 99201-1099 |
| 4328185 | + | Arivo Acceptance, 770 E Main St., Suite 250, Lehi, UT 84043-2293 |
| 4328189 | | Avista (Electrical Svc), 1411 E Mission Ave., Spokane, WA 99252-0001 |
| 4328192 | + | Grey Star, P.O. Box 2706, Lynwood, WA 98036-2706 |
| 4328188 | + | Hatcher Law, PLLC, 11616 N. Market St., #1090, Mead, WA 99021-1837 |
| 4328196 | + | NORTHWEST ORTHOPAEDIC SPECIALISTS, P.S., PO BOX 14099, BELFAST, ME 04915-4034 |
| 4328200 | + | Ted Cole and Linda Cole, 625 Broadway St., Baker City, OR 97814-3144 |
| 4328201 | | UW Medicine Patient Financial Services, P.O. Box 35013, Seattle, WA 98124-3413 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: eyoung-encrypt@pm.me | Sep 23 2025 01:27:00 | Eric Ross Young, 12402 N Division St #167, Spokane, WA 99218-1930 |
| smg | | EDI: WADEPREV.COM | Sep 23 2025 05:26:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Sep 23 2025 01:32:00 | Arivo Acceptance LLC, c/o Aldridge Pite, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 4328190 | | EDI: CAPITALONE.COM | Sep 23 2025 05:26:00 | Capital One, PO Box 60599, City of Industry, CA 91716-0599 |
| 4328191 | ^ | MEBN | Sep 23 2025 01:25:01 | HEWLETT PACKARD ENTERPRISE 401(K) PLAN, c/o Fidelity Investments, 245 Summer Street, Boston, MA 02210-1116 |
| 4328186 | | Email/Text: bk@hughesfcu.org | Sep 23 2025 01:32:00 | Hughes Federal Credit Union, PO Box 11900, Tucson, AZ 85734-1900 |
| 4328193 | | Email/Text: ml-ebn@missionlane.com | Sep 23 2025 01:32:00 | Mission Lane, PO Box 105286, Atlanta, GA 30348-5286 |
| 4328194 | ^ | MEBN | Sep 23 2025 01:25:03 | MultiCare, PO Box 5299, Tacoma, WA 98415-0299 |
| 4328195 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 23 2025 01:32:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 4328197 | | Email/Text: EBN@providence.org | Sep 23 2025 01:32:00 | Providence, PO Box 3158, Portland, OR 97208-3158 |
| 4328187 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 23 2025 01:32:00 | Rocket Mortgage, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 4328198 | | EDI: SYNC | | |

| | | | | |
|---|---|---|---|---|
| | | Sep 23 2025 05:26:00 | Synchrony Bank/Lowes, PO Box 960061, Orlando, FL 32896-0061 | |
| 4328199 | EDI: WTRRNBANK.COM | Sep 23 2025 05:26:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 | |
| 4328183 | ^ MEBN | Sep 23 2025 01:24:58 | Valley Empire Collection, 8817 E Mission Ave Ste 101, Spokane Valley, WA 99212-5040 | |
| 4328184 | EDI: SYNC | Sep 23 2025 05:26:00 | Walmart Credit Services, PO Box 960024, Orlando, FL 32896-0024 | |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2025　　　　　　　　Signature:　　　/s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Andrew Petteys | on behalf of Creditor Arivo Acceptance LLC ecfwaeb@aldridgepite.com dpetteys@ecf.courtdrive.com |
| John D Munding | John@mundinglaw.com WA28@ecfcbis.com;mmstedman@msn.com;karenchpt7@gmail.com |
| Matthew A. Mensik | on behalf of Petitioning Creditor Ted & Linda Cole mam@riverside-law.com mariannb@witherspoonkelley.com;lennier@witherspoonkelley.com;rim@witherspoonkelley.com;fjd@witherspoonkelley.com;karinah@witherspoonkelley.com |
| Matthew A. Mensik | on behalf of Plaintiff Ted & Linda Cole mam@riverside-law.com mariannb@witherspoonkelley.com;lennier@witherspoonkelley.com;rim@witherspoonkelley.com;fjd@witherspoonkelley.com;karinah@witherspoonkelley.com |
| US Trustee | USTP.REGION18.SP.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Eric Ross Young<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7986<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | Susan Linette Young<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3268<br>EIN __–_____ |
| United States Bankruptcy Court | EASTERN DISTRICT OF WASHINGTON | |
| Case number: | 25-01029-FPC7 | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eric Ross Young

Susan Linette Young

9/19/25

**By the court:** Frederick P. Corbit
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**